UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

# CIVIL MINUTES - GENERAL

| Case No. | 2:17-cv-03255-PSG-JC | Date | October 13, 2017 |
|---|---|---|---|
| Title | Andres Gomez v. Don Antonios Restaurant, Inc. | | |

| Present: The Honorable | PHILIP S. GUTIERREZ |
|---|---|

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings (In Chambers):**   ORDER DISMISSING CASE

On September 11, 2017, the Court issued an Order to Show Cause Re: Lack of Prosecution ordering that either an Answer or a Request for Entry of Default be filed on or before September 28. *See* Dkt. #18. In light no such documents were filed, the Court DISMISSES this case in its entirety.

**IT IS SO ORDERED.**

| | Initials of Preparer | wh |
|---|---|---|